■ NATIONWIDE INSURANCE COMPANY, Respondent, v GREAT WEST CASUALTY COMPANY, Appellant.—Order unanimously affirmed, with costs *(see, State Farm Mut. Auto. Ins. Co. v Regional Tr. Serv.,* 79 AD2d 858). (Appeal from order of Supreme Court, Erie County, Joslin, J.—stay arbitration.) Present—Hancock, Jr., J. P., Doerr, Denman, O'Donnell and Schnepp, JJ.